**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLC**
Caitlyn P. Miller, Esq. (*admitted pro hac vice)*
Douglass Kreis, Esq. (*admitted pro hac vice*)
Bryan F. Aylstock, Esq. (*admitted pro hac vice*)
S. Mary Liu, Esq. (SBN# 282884)
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
Fax: (850) 916-7449
Email: cmiller@awkolaw.com
Email: dkreis@awkolaw.com
Email: baylstock@awkolaw.com
Email: mliu@awkolaw.com

**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley Lynn Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive., Suite 240
Westlake Village, California, 91361
Tel: (805) 270-7100
Fax: (805) 270-7589
Email: mbradley@bradleygrombacher.com
Email: kgrombacher@bradleygrombacher.com

*Attorneys for Plaintiff Tirrell Allen and LaToya Allen*

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIRRELL ALLEN and LATOYA ALLEN,<br><br>Plaintiff,<br><br>-vs.-<br><br>GLOBAL BLOOD THERAPEUTICS, INC. and PFIZER, INC.<br><br>Defendants. | **CASE NO.: 3:24-cv-07786-TLT**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Tirrell Allen and LaToya Allen and Defendants Global Blood Therapeutics, Inc. and Pfizer, Inc., by and through their respective counsel of record, hereby stipulate to dismissal of this action in its entirety without prejudice.

Each party to bear its own attorneys' fees and costs, pursuant to the parties' settlement agreement.

IT IS SO STIPULATED.

Dated: May 22, 2026

By: */s/ Bryan F. Aylstock*

**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC**
Bryan F. Aylstock, Esq. (*admitted pro hac vice*)
Caitlyn P. Miller, Esq. (*admitted pro hac vice)*
Douglass Kreis, Esq. (*admitted pro hac vice*)
S. Mary Liu, Esq. (SBN# 282884)
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
Fax: (850) 916-7449
Email: cmiller@awkolaw.com
Email: dkreis@awkolaw.com
Email: baylstock@awkolaw.com
Email: mliu@awkolaw.com

**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley Lynn Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
Email: mbradley@bradleygrombacher.com
Email: kgrombacher@bradleygrombacher.com

*Attorneys for Plaintiffs*

*Additional Signature Blocks Below*

Dated: May 22, 2026

By: */s/ Teresa M. Wogoman*

**WILLIAMS & CONNOLLY LLP**
Teresa M. Wogoman (*pro hac vice*)
Joseph G. Petrosinelli (*pro hac vice*)
Jessica Bodger Rydstrom (SBN 256600)
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-8029
Email: twogoman@wc.com
Email: jpetrosinelli@wc.com
Email: jrydstrom@wc.com

**DLA PIPER LLP (US)**
George Gigounas (SBN 209334)
555 Mission Street, Suite 2400
San Francisco, CA 94015
Telephone: (415) 615-6005
Facsimile: (415) 659-7305

*Attorneys for Defendants Global Blood Therapeutics, Inc. and Pfizer Inc.*

## CERTIFICATE OF SERVICE AND SIGNATURE ATTESTATION

I, Bryan F. Aylstock, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all counsel whose e-signatures (/s/) appear on this document concurred in this filing. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

DATED: May 22, 2026

Respectfully Submitted,

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLC**

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, Esq.